FILED
CHARLOTTE, NC

MAY 13 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:20-cr-280-FDW |
| | ) | |
| v. | ) | CONSENT ORDER AND |
| | ) | JUDGMENT OF FORFEITURE |
| (1) DIETRICH O'BRIAN SARRATT | ) | PENDING RULE 32.2(c)(2) |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924 and 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

Approximately $1,444.28 in U.S. Currency seized on or July 4, 2020 during the investigation;

One Smith & Wesson, 9mm pistol, bearing serial number DXT5189, and ammunition, seized on or about January 3, 2020 during the investigation;

One Mossburg, Model 702 Plinkster, .22 caliber rifle, bearing serial number E014134613, and ammunition, seized on or about July 4, 2020, during the investigation;

One Mossburg, .22 caliber rifle, serial number removed, and ammunition, seized on or about July 4, 2020, during the investigation;

One SKS, 7.62 caliber rifle, bearing serial number 121056320, and ammunition, seized on or about July 4, 2020, during the investigation;

One American Tactical, Model TACSX2, 12-gauge shotgun, bearing serial number SA-32352, and ammunition, seized on or about July 4, 2020, during the investigation;

One SKS, 7.62 caliber rifle, bearing serial number 18006838K, and ammunition, seized on or about July 4, 2020, during the investigation;

One Winchester, Model 1300, 12-gauge shotgun, bearing serial number L2268200, and ammunition, seized on or about July 4, 2020, during the investigation;

**One VSKA Century Arms, 7.62 caliber rifle, bearing serial number SV7006473, and ammunition, seized on or about July 4, 2020, during the investigation;**

**One Stevens Tactical, 12-gauge shotgun, bearing serial number 140865G, and ammunition, seized on or about July 4, 2020, during the investigation;**

**One Taurus, Model PT111 Millennium G2, 9mm pistol, bearing serial number SIT32147, and ammunition, seized on or about July 4, 2020, during the investigation;**

**One Taurus, .9mm handgun, bearing serial number TLR02043, and ammunition, seized on or about July 4, 2020, during the investigation; and**

**One Diamondback Arms, Model DB380, .380 caliber pistol, bearing serial number ZH6680, and ammunition, seized on or about July 6, 2020, during the investigation.**

2. The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

3. If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

4. Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

6. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property derived from or traceable to proceeds of Defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 21 U.S.C. § 853 and/or 18 U.S.C. § 924. The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so. As to any firearms listed above and/or in the charging instrument, Defendant

consents to destruction by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion deem to legally sufficient, and waives any and all right to further notice of such process or such destruction.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

_____
STEVEN R. KAUFMAN
Assistant United States Attorney

_____
DIETRICH O'BRIAN SARRATT
Defendant

_____
RODERICK DAVIS, ESQ.
Attorney for Defendant

Signed this the 13th day of May 2021.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE